DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MELANIE CAMPOS RENNERT,

Appellant,

v.

CHRISTOPHER FRANCIS RENNERT; CHRISTOPHER F. RENNERT,
INC.; and CRG ASSOCIATES, INC.,

Appellees.

No. 2D21-778

_____

September 1, 2021

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Frederick Pollack, Judge.

K. Dean Kantaras of K. Dean Kantaras, P.A., Palm Harbor, for
Appellant.

Mark F. Baseman of Felix, Felix & Baseman, LLC, Tampa, for
Appellee Christopher Francis Rennert.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

MORRIS, C.J., and SILBERMAN and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.